UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER BAILEY, G60744,<br><br>   Petitioner,<br><br> v.<br><br>RON E. BORLA, Warden,<br><br>   Respondent. | Case No. 24-cv-00316-CRB (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 1) |

  On January 19, 2024, the clerk filed as a new habeas action petitioner's pro se prisoner "Motion to Dismiss Detainer and Remove Deportation Hold." ECF No. 1 at 1.  The court notified petitioner in writing at that time that the action was deficient because petitioner did not file an actual habeas petition or pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 U.S.C. § 1915(a)(2).  Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

  More than 38 days have passed now; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so.  This action accordingly is DISMISSED without prejudice.

  The clerk is instructed to close the file and terminate as moot the motion appearing on ECF as item number 1.

  **IT IS SO ORDERED**.

Dated: February 27, 2024

                _____
                CHARLES R. BREYER
                United States District Judge